UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (WEST PALM BEACH)

CASE NO. 20-15634-EPK
CHAPTER 7

In re:

HECTOR DOMINGUEZ,
YANELIS LLANES,
Debtor(s).

## MOTION FOR LEAVE TO WITHDRAW

The undersigned attorney hereby requests that this Court grant permission to withdraw as attorney of record for the clients, HECTOR DOMINGUEZ AND YANELIS LLANES, and would state as follows:

1. An impasse has been reached in the handling of the case, making it impossible for the clients and attorney to continue to work cooperatively on the case.

2. The clients will not be prejudiced if the undersigned is permitted to withdraw.

3. The clients can receive all further pleadings and correspondence at the following address:

**Hector Dominguez and Yanelis Llanes**
**12254 70 Place North**
**West Palm Beach, FL 33412**
**786-261-4797**
e-mail: hectico911@gmail.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on those parties listed below via the manner stated.

Dated: August 31, 2020.

*/s/ Jorge L. Gonzalez*
Jorge L. Gonzalez, Esq.
Attorney for Debtor
3785 NW 82 Avenue, Suite 403
Doral, FL 333166
Ph:  305-227-4700
Fax: 305-227-7444
FBN: 0946516
e-mail: jlglawyer@gmail.com

Via Electronic Notice:
Hector Dominguez and Yanelis Llanes
e-mail: hectico911@gmail.com

Via Electronic Notice:
Nicole Testa Mehdipour, Trustee
nicolen@ntmlawfirm.com

Via Electronic Notice:
Arturo L. Arca, Esq.
arturo@tremblylaw.com

Via Electronic Notice:
Trembly Law Firm
service@tremblylaw.com