

**ORDERED in the Southern District of Florida on April 1, 2021.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

In re:                                            Case No.  20-15634-EPK
                                                  Chapter 7
DOMINGUEZ, HECTOR
          Debtor               /

### AGREED ORDER GRANTING CREDITOR'S, GLADYS FERRER, MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DE #26)

THIS CAUSE came on before the court upon the Creditor's, Gladys Ferrer, Motion for Relief from the Automatic Stay (DE #26).  Upon consideration of the motion; the record and noting the parties have an agreement, it is

ORDERED THAT:

1. The Motion for Relief from Stay filed by Gladys Ferrer (hereafter "Creditor") is GRANTED and the stay imposed pursuant to 11 U.S.C. §§361 and 362 is modified, so as to allow Creditor to proceed with the State Court Action (Case Number 2019-005431-CC-05) and to allow litigation in State Court to proceed to judgment as to the property located at 1050 NW 127th Place, Miami, FL 33182, and issuance and execution of the writ of possession.

2. The stay is modified for the purpose of allowing Creditor to proceed with her Motion for Summary Judgment, its interest in the real property, up and through final judgment, and issuance and execution of the writ of possession. CREDITOR shall not seek nor obtain any in personam judgment against the Debtor for any cause of action not based in fraud or willful and malicious injury as defined in 11 U.S.C. §§523(a)(2)(A) and 523(a)(6).

3. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and CREDITOR may immediately enforce and implement this order granting relief from the automatic stay.

### 

Submitted by:

Arturo L. Arca
Trembly Law Firm
9700 South Dixie Highway
PH 1100
Miami, FL 33156
Telephone: (305)431-5678
E-Mail: arturo@tremblylaw.com
E-Mail: service@tremblylaw.com

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Service List:
All Counsel of Record via the Court's e-service system